Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS, LLC, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANS SOUCI, LLC, *et al.*,<br><br>Defendants. | Case No 2:15-cv-06128-MWF-JC<br><u>Hon. Judge Michael W. Fitzgerald</u><br><br>**JOINT RULE 26(f) REPORT**<br><br>Scheduling Conf. Date: November 16, 2015<br>Scheduling Conf. Time: 11:00 a.m.<br>Scheduling Conf. Location: 1600-Spring St. |

By and through their attorneys of record, who are set forth below, the parties have prepared and hereby submit this jointly signed Scheduling Conference report following the conference of counsel required by Federal Rules of Civil Procedure 16(b) and 26(f), Central District Local Rule 26-1 and this Court's Order setting a Scheduling Conference.

1) **FACTUAL SUMMARY OF CASE**

   **A. Plaintiff's Contentions**

   Plaintiff is a design and fabric company. Plaintiff alleges that it creates and purchases the exclusive rights to two-dimensional works of art for use on textiles. By

having original artwork consistent with market trends, Plaintiff creates a demand for its services. Plaintiff has alleged that Defendants have engaged in infringing activity by creating, importing, manufacturing, distributing, purchasing, selling, and/or transferring apparel and fabric which violates these copyrights for Plaintiff's proprietary P11318 Design.

Plaintiff estimates that recoverable damages, including without limitation Defendants' disgorgeable profits, Plaintiff's actual damages, attorneys' costs, and pre-judgment interest on its copyright claim are likely in excess of $100,000.00. Plaintiff may alternately elect statutory damages, which would amount to up to $150,000 per instance of infringement.

### B. Defendants' Contentions

Defendant disputes Plaintiff's contentions.

## 2) LEGAL ISSUES

### A. Plaintiff's Contentions

Plaintiff contends that the legal issues will concern its copyright infringement claims against Defendants, all and each, as well as claims for vicarious, contributory and/or willful copyright infringement against Defendants.

### B. Defendants' Contentions

Defendant contends that it is not liable for copyright infringement of the copyright at issue.

## 3) ADDING PARTIES

Plaintiff anticipates any additional parties in the supply chain for the allegedly-infringing product, and will do so by the date set forth below.

///

## 4) DISPOSITIVE MOTIONS

### A. Plaintiff's Contentions

Plaintiff anticipates filing a Motion for Partial Summary Judgment for liability as to Defendants for copyright infringement. Plaintiff anticipates filing this motion after conducting at least one round of discovery.

### B. Defendants' Contentions

Defendant anticipates filing a motion for summary judgment and/or adjudication as to the issue of non-infringement, or other grounds of non-liability.

## 5) SETTLEMENT

The parties have not had meaningful settlement discussions. Pursuant to Local Rule 16-15.4, the parties have also agreed to Central District Settlement Procedure No. 1, which is to appear before the Magistrate Judge for a settlement conference.

## 6) DISCOVERY PLAN

All discovery will be conducted pursuant to the Federal Rules of Civil Procedure. The parties agree that no modification of the discovery limitations set forth in FRCP or the Local Rules are necessary at this time. However, the parties reserve their right to request the Court to modify the limitations imposed by FRCP 26 and the Local Rules, except as to the time that expert witnesses are disclosed.

The parties will serve their initial disclosures pursuant to FRCP 26 pursuant to the Federal Rules of Civil Procedure. The parties anticipate utilizing all discovery allowed under the Federal Rules, including requests for documents, interrogatories, requests for admissions and depositions.

### TRIAL ESTIMATE

The parties estimate the jury trial in this matter to last 3-4 court days. All parties have demanded a jury trial.

7) **STATUS OR MANAGEMENT OF THE CASE**

The parties do not believe there are any special issues affecting the status or management of this case at this time.

8) **PROPOSED DATES**

The parties propose the discovery and scheduling dates provided in Exhibit A, attached hereto.

WHEREUPON, the parties, by and through their respective attorneys of record, hereby jointly submit this Joint Report.

Dated: October 26, 2015          By:    /s/ *Trevor W. Barrett*
                                         Scott A. Burroughs, Esq.
                                         Trevor W. Barrett, Esq.
                                         DONIGER / BURROUGHS
                                         Attorneys for Plaintiff

Dated: October 26, 2015          By:    */s/ K. Tom Kohan*
                                         K. Tom Kohan
                                         Attorney for Defendant
                                         SANS SOUCI, LLC

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Trevor W. Barrett*