UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-6128-MWF(JCx)**                                               Dated: **June 20, 2016**

Title:      City Prints, LLC -*v*- Sans Souci, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                    None Present
    Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement filed June 17, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 25, 2016, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**